## IN THE UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION
## CIVIL DIVISION

| | | |
|---|---|---|
| **John Smalley, et al.** | : | **Case No.: 3:11-cv-00308** |
| **Plaintiffs,** | : | **Judge: Rice** |
| **vs.** | : | |
| **Bank of America, et al.** | : | **DISMISSAL ENTRY** |
| **Defendants.** | : | |

It appearing to the Court that this action has been fully settled and compromised by and between the parties;

This Court shall retain jurisdiction to enforce the Settlement Agreement and Release.

It is therefore, ORDERED, that this action be, and is hereby, DISMISSED with prejudice. Costs to be paid by Plaintiffs.

APPROVED:

Walter H. Rice
United States District Court Judge

/s/Kenneth J. Ignozzi

_____

Kenneth J. Ignozzi, Esq. (0055431)
Attorney for Plaintiff(s)
131 North Ludlow Street
Suite 1400
Dayton, Ohio  45402
(937) 223-8888
(937) 824-8630
kignozzi@dgmslaw.com


/s/Brooke Turner Bautista

_____

Brooke Turner Bautista, Esq.
Attorney for Defendant Bank of America
McGlinchey Stafford, PLLC
25550 Chagrin Blvd., Suite 406
Cleveland, OH  44122
216-378-9905


/s/B. Kurt Copper

_____

B Kurt Copper, Esq.
Jones Day
Attorney for Defendant Experian Information Services
325 John H. McConnell Blvd, Ste.600
P.O. Box 165017
Columbus, OH  43215
614-281-3963


/s/Stephanie Cope

_____

Stephanie Cope, Esq.
King & Spalding, LLP
Attorney for Defendant Equifax Information Services
1180 Peachtree Street, NE
Atlanta, GA  30309
404-215-5908